```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                  FORT MYERS DIVISION
```

JOSE VITA,

                Petitioner,

v.

                              Case No.  2:06-cv-659-FtM-33SPC

UNITED STATES OF AMERICA,

                Respondent.
_____/

**ORDER**

    This matter comes before the Court pursuant to the Notice of Agreed Disposition, Joint Motion to Grant Section 2255 Petition, and to Schedule Resentencing (Doc. # 17), filed by the government and Vita on October 30, 2007.  For the reasons that follow, the stipulation is approved.

**Factual Background**

    On December 11, 2006, Vita filed his motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct the sentence imposed by this Court on February 14, 2006. (Doc. # 1).  In his § 2255 motion, Vita argues, inter alia, that the government extended a plea offer to Vita's attorney at the time of trial, Wilbur Charles Smith III, Esq., and that Mr. Smith failed to convey the plea offer to Vita.  Vita accordingly asserts that Mr. Smith rendered ineffective assistance to Vita during Vita's criminal trial in violation of Vita's Sixth Amendment rights.

    The government filed a Response in Opposition to Vita's § 2255

motion on February 6, 2007 (Doc. # 10). The factual allegations presented in Vita's § 2255 motion and the government's response thereto were in direct conflict. Accordingly, on July 6, 2007, this Court set an evidentiary hearing on Vita's Section 2255 motion and directed the parties to procure the attendance of Mr. Smith. (Doc. # 9). This Court further ordered that Mr. Smith "should be prepared to testify as to the facts surrounding the alleged plea agreement." (Doc. # 9 at 2). The hearing was set to occur at 3:00 p.m. on October 27, 2007. (Doc. # 15).

**<u>Pending Stipulation</u>**

On October 26, 2007, the date set for the evidentiary hearing, the government filed a motion to continue the evidentiary hearing explaining that Mr. Smith, an essential witness, was unavailable to participate in the evidentiary hearing. (Doc. # 16). In addition, during the hearing, the government and Vita informed the Court that they were able to reach an agreement concerning the resolution of Vita's Section 2255 Motion. On October 30, 2007, the parties filed the pending stipulation reflecting their agreement, which contains the following terms:

1. Based upon matters of record at the sentencing proceedings as well as facts known to the parties, the interests of justice are best served by allowing the sentence to be vacated.
2. Specifically, the parties agree that the Petitioner's plea shall remain in full force and effect, except to the extent that the notice of enhancement will not apply at resentencing.
3. The parties agree that all rulings on all guidelines issues by this Honorable Court shall

        remain in full force and effect as determined at the February 17, 2006 sentencing proceeding.
4. Specifically those rulings include the four level increase for role pursuant to U.S.S.G. Section 3B1.1(a) and the quantity base offense level determination for 11,000 marijuana plants, which computes to a Base Offense Level 32 under U.S.S.G. Section 2D1.1.
5. The parties agree that the correct guideline calculation, with reductions for acceptance [of] responsibility is Adjusted Base Offense Level 33, with a resulting advisory guideline range of 135-168 months.
6. At resentencing, the Office of the United States Attorney will request the imposition of a sentence of 17 years (204-months) of incarceration.
7. The Petitioner will be permitted to seek a lesser sentence, recognizing both the Government's request for an upward departure and the mandatory minimum 10-year sentence which applies to the offense.

(Doc. # 17 at 1-2).

Having evaluated the stipulation and the underlying Section 2255 motion, this Court finds that it is appropriate to approve the stipulation.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED that:**

(1) Jose Vita's Motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 is **GRANTED**.

(2) The Judgment in case No. 2:05-cr-5-FtM-33SPC (Doc. # 485) as to Jose Vita is **VACATED**.

(3) The Notice of Agreed Disposition, Joint Motion to Grant Section 2255 Petition, and to Schedule Resentencing (Doc. # 17) is **APPROVED**.

(4)  The resentencing hearing as to Jose Vita is scheduled for Tuesday, November 13, 2007 at 2:30 p.m. before the Honorable Virginia M. Hernandez Covington, United States District Judge, at the United States Courthouse 2110 First Street, Courtroom 5D, fifth floor, Fort Myers, Florida.

(5)  The Clerk is directed to file this Order in the case of 2-05-cr-5-FtM-33SPC.

**DONE** and **ORDERED** in Fort Myers, Florida on this 7th day of November, 2007.

*[signature]*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:
All Counsel of Record
AUSA
U.S. Probation